AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER   DATE: 02/07/08 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

A.G. EDWARDS EDWARDS & SONS, INC.

Place where served:

One N. Jefferson, St. Louis, MO 63103

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Tara Randle

Relationship to defendant: Secretary

Description of person accepting service:

SEX: F   AGE: 25-35   HEIGHT: 5'07"   WEIGHT: 130   SKIN: W   HAIR: Brown   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__   SERVICES $ ____.__   TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/07/2008   _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARK F. CASAZZA, ESQ. |
| PLAINTIFF: | MELISSA D. FORBES |
| DEFENDANT: | A.G. EDWARDS & SONS, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00552 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RN

# AFFIDAVIT OF SERVICE

State of                County of                Usdc Southern District Of New York Court

Case Number: 08CV00552

Plaintiff:
**Melissa D Forbes**

vs.

Defendant:
**AG Edwards & Sons, Wachovia Sec., LLC, Wachovia Corp. Douglas Pearl**

For:
Raymond Gill
Guaranteed Subpoena
2009 Morris Ave
Union, NJ 07083

Received by Master File to be served on **A.G. Edwards & Sons Inc., One North Jefferson,, St. Louis, MO 63103**.

I, Justin Roussel, being duly sworn, depose and say that on the **7th day of February, 2008** at **10:01 am**, I:

Served the within named corporation by delivering a true copy of the **Summons and Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me to Tara Randle as Secretary of the within named corporation, in compliance with State Statutes.

Subscribed and Sworn to before me on the 7th day of February, 2008 by the affiant who is personally known to me.

_H. Kathleen Dunn_
NOTARY PUBLIC

H. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Exp. 06/30/2008

Justin Roussel
Process Server

Master File
7925 Clayton Road
Suite 200
St. Louis, MO 63117
(314) 862-6049
Our Job Serial Number: 2008000055
Ref: 20080131162125

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f


AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER    DATE: 2/12/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

DOUGLAS L. PEARL C/O TELSEY ADVISORY GROUP

Place where served: 2 LIBERTY SQUARE, BOSTON, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 40  HEIGHT: 5'10"  WEIGHT: 170  SKIN: WHITE  HAIR: BROWN  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____   SERVICES $ ____   TOTAL $ ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/12/2008   _Joseph Follow_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARK F. CASAZZA, ESQ. |
| PLAINTIFF: | MELISSA D. FORBES |
| DEFENDANT: | A.G. EDWARDS & SONS, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00552 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

MELISSA D. FORBES

SUMMONS IN A CIVIL ACTION

V.

A.G. EDWARDS & SONS, WACHOVIA SEC., LLC, WACHOVIA CORP, DOUGLAS PEARL

CASE NUMBER: 08 CV 00552

*A TRUE COPY ATTEST DAVID D. AYLES, PROCESS SERVER AND DISINTERESTED PERSON*

TO: (Name and address of Defendant)

DOUGLAS L. PEARL
c/o TELSEY ADVISORY GROUP
2 LIBERTY SQUARE, 2nd FLOOR
BOSTON, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark F. Casazza, Esquire
RUDNICK, ADDONIZIO & PAPPA
25 Village Court
Hazlet, NJ 07730
(732) 264-4400

an answer to the complaint which is served on you with this summons, within _____ | _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 2 2 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET | |
| EFFECTED (1) BY ME: | OUT OF STATE | DATE: 2/5/08 |
| TITLE: | PROCESS SERVER | |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:
WACOVIA CORP. — served Elizabeth Gass as authorized legal agent

Place where served:
301 S. College Street Charlotte, NC 28202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 50  HEIGHT: 5'10  WEIGHT: 165  SKIN: W  HAIR: B  OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/5/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MARK F. CASAZZA, ESQ.
PLAINTIFF:   MELISSA D. FORBES
DEFENDANT:   A.G. EDWARDS & SONS, INC., ET AL
VENUE:       SOUTHERN DISTRICT OF NEW YORK
DOCKET:      08 CV 00552

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-4-08 |
| NAME OF SERVER (PRINT) Ed Fewell | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/08
              Date            Signature of Server

223 E. Main St
Address of Server
Rock Hill, SC. 29731

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |

DATE: 02/07/08

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

A.G. EDWARDS EDWARDS & SONS, INC.

Place where served: One N. Jefferson, St. Louis, MO 63103

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: Tara Randle

Relationship to defendant: Secretary

Description of person accepting service:

SEX: F  AGE: 25-35  HEIGHT: 5'07"  WEIGHT: 130  SKIN: W  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/07/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARK F. CASAZZA, ESQ. |
| PLAINTIFF: | MELISSA D. FORBES |
| DEFENDANT: | A.G. EDWARDS & SONS, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00552 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RN

# AFFIDAVIT OF SERVICE

State of          County of          Usdc Southern District Of New York Court

Case Number: 08CV00552

Plaintiff:
**Melissa D Forbes**

vs.

Defendant:
**AG Edwards & Sons, Wachovia Sec., LLC, Wachovia Corp. Douglas Pearl**

For:
Raymond Gill
Guaranteed Subpoena
2009 Morris Ave
Union, NJ 07083

Received by Master File to be served on **A.G. Edwards & Sons Inc., One North Jefferson,, St. Louis, MO 63103**.

I, Justin Roussel, being duly sworn, depose and say that on the **7th day of February, 2008** at **10:01 am**, I:

Served the within named corporation by delivering a true copy of the **Summons and Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me to Tara Randle as Secretary of the within named corporation, in compliance with State Statutes.

Subscribed and Sworn to before me on the 7th day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

H. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Exp. 06/30/2008

Justin Roussel
Process Server

Master File
7925 Clayton Road
Suite 200
St. Louis, MO 63117
(314) 862-6049
Our Job Serial Number: 2008000055
Ref: 20080131162125

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f