| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 2/12/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

DOUGLAS L. PEARL C/O TELSEY ADVISORY GROUP

Place where served: 2 LIBERTY SQUARE, BOSTON, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 40   HEIGHT: 5'10"   WEIGHT: 170   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/12/2008

_Joseph Follow_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | MARK F. CASAZZA, ESQ. |
|---|---|
| PLAINTIFF: | MELISSA D. FORBES |
| DEFENDANT: | A.G. EDWARDS & SONS, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00552 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MELISSA D. FORBES

V.

A.G. EDWARDS & SONS, WACHOVIA SEC., LLC, WACHOVIA CORP, DOUGLAS PEARL

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 00552

*A TRUE COPY ATTEST DAVID D. AYLES, PROCESS SERVER AND DISINTERESTED PERSON*

TO: (Name and address of Defendant)

DOUGLAS L. PEARL
c/o TELSEY ADVISORY GROUP
2 LIBERTY SQUARE, 2nd FLOOR
BOSTON, MA 02109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark F. Casazza, Esquire
RUDNICK, ADDONIZIO & PAPPA
25 Village Court
Hazlet, NJ 07730
(732) 264-4400

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JAN 2 2 2008

CLERK                                                   DATE

(By) DEPUTY CLERK