| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET**<br>EFFECTED (1) BY ME: **OUT OF STATE**<br>TITLE: **PROCESS SERVER** | DATE: 2/5/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:
WACOVIA CORP. — served Elizabeth Gass as authorized legal agent

Place where served: 301 S. College Street Charlotte, NC 28202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: ____

Description of person accepting service:
SEX: F  AGE: 50  HEIGHT: 5'10  WEIGHT: 165  SKIN: W  HAIR: B  OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____  SERVICES $ ____  TOTAL $ ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/5/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARK F. CASAZZA, ESQ.
PLAINTIFF: MELISSA D. FORBES
DEFENDANT: A.G. EDWARDS & SONS, INC., ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 08 CV 00552

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

01/30/2008 10:31 FAX 732 888 2780          RUDNICK, ADDONIZIO, PA PA.                              ☒008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2-4-08 |
| NAME OF SERVER (PRINT)  Ed Fewell | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/5/08
                 Date                      Signature of Server

223 E. Main St
Address of Server
Rock Hill, SC. 29731

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.