| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 2/1/08 @2:10 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

WACHOVIA SECURITIES, LLC - SAM JEANNETTE - EMPLOYEE

Place where served:

901 East Byrd St. 5th floor Richmond, VA 23219

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: M  AGE: 40's  HEIGHT: 5'10  WEIGHT: 175  SKIN: DARK  HAIR: GRAY  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Carroll J. Neuner II

DATE: 2/1/2008   _Carroll J. Neuner II_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARK F. CASAZZA, ESQ.
PLAINTIFF: MELISSA D. FORBES
DEFENDANT: A.G. EDWARDS & SONS, INC., ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 08 CV 00552

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

01/30/2008 15:50 FAX 732 888 2760    RUDNICK, ADDONIZIO, PAPPA,    ☒006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>
DATE: FEBRUARY 1, 2008

NAME OF SERVER (PRINT): CARROLL J. NEUNER II
TITLE: PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: TO SAM JEANNETTE - WACHOVIA SECURITIES EMPLOYEE 901 EAST BYRD ST. 5th FLOOR RICHMOND, VA 23219

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/08
Date

Signature of Server: Carroll J. Neuner II

2711 BUFORD RD. #183
RICHMOND, VA 23235
(804) 467-6148
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

01/31/2008 14:54 FAX 908 686 0885 Case 1:08-cv-00552-TPG GUARANTEED SUBPOENA Document 5-2 Filed 02/28/2008 Page 1 of 2 ☒002/024

‖2008013116275 3‖

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 2/1/08 @2:10 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

WACHOVIA SECURITIES, LLC - SAM JEANNETTE - EMPLOYEE

Place where served:

901 East Byrd St. 5th floor Richmond, VA 23219

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 40's  HEIGHT: 5'10  WEIGHT: 175  SKIN: DARK  HAIR: GRAY  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Carroll J. Neuner II

DATE: 2 / 1 / 20 08        _Carroll J. Neuner II_  L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARK F. CASAZZA, ESQ.
PLAINTIFF: MELISSA D. FORBES
DEFENDANT: A.G. EDWARDS & SONS, INC., ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 08 CV 00552

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

01/30/2008 15:50 FAX 732 888 2780     RUDNICK, ADDONIZIO, PAPPA,                    ☒006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
**DATE:** FEBRUARY 1, 2008

**NAME OF SERVER (PRINT):** CARROLL J. NEUNER II  
**TITLE:** PRIVATE PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: TO SAM JEANNETTE - WACHOVIA SECURITIES EMPLOYEE 901 EAST BYRD ST. 5th FLOOR RICHMOND, VA 23219

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/08  
*Date*

*Signature of Server:* Carroll J. Neuner II

2711 BUFORD RD. #183  
RICHMOND, VA 23235  
(804) 467-6148  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.