**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC., and
Wachovia Corporation

**INTHE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

Melissa D. Forbes,
    Plaintiff,

v.

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L. Pearl,
    Defendants.
_____/

**JUDGE: Arthur J. Tarnow**

Civil Action No. 1:08-CV-00552-TPG

**FRCP RULE 7.1 STATEMENT FOR**
**A.G. EDWARDS & SONS, INC., WACHOVIA**
**SECURITIES, LLC, AND WACHOVIA**
**CORPORATION .**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendants A.G. Edwards & Sons, Inc., Wachovia Securities, LLC, and Wachovia Corporation certify that:

  1) Wachovia Corporation is a publically held corporation;

  2) A.G. Edwards & Sons, Inc. recently converted to a Delaware limited liability company named A.G. Edwards & Sons, LLC, which is the successor to A.G. Edwards & Sons, Inc. and a wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC;

  3) Wachovia Securities, LLC is a wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC; and,

4)  Wachovia Securities Financial Holdings, LLC is a joint venture owned indirectly by two public companies, Wachovia Corporation and Prudential Financial, Inc., each of which has an ownership interest of more than 10% in Wachovia Securities Financial Holdings, LLC.

Dated: March 6, 2008

Respectfully submitted,

_____
Sandra D. Grannum, Esq. (SG 6748)
Davidson & Grannum, LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys for Defendants, A. G. Edwards & Sons, Inc. Wachovia Securities, LLC and Wachovia Corporation