**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC., and
Wachovia Corporation

**INTHE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

Melissa D. Forbes,

        Plaintiff,

v.

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L. Pearl,

        Defendants.

JUDGE: Arthur J. Tarnow

Civil Action No. 1:08-CV-00552-TPG

**FRCP RULE 7.1 STATEMENT OF**
**WACHOVIA CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Wachovia Corporation certify that Wachovia Corporation is a publically held corporation.

Dated: March 10, 2008

Respectfully submitted,

*/s/ Sandra D. Grannum/*

Sandra D. Grannum, Esq. (SG 6748)
Davidson & Grannum, LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys for Defendants, A. G. Edwards &
Sons, Inc. Wachovia Securities, LLC and
Wachovia Corporation