**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC., and
Wachovia Corporation

**INTHE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

Melissa D. Forbes,

               Plaintiff,

v.

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L. Pearl,

                    Defendants.

**JUDGE: Arthur J. Tarnow**

Civil Action No. 1:08-CV-00552-TPG

**FRCP RULE 7.1 STATEMENT OF**
**WACHOVIA SECURITIES, LLC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of

record for defendant Wachovia Securities, LLC. certify that: Wachovia Securities, LLC is a

wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC.  Wachovia Securities

Financial Holdings, LLC is a joint venture owned indirectly by two public companies, Wachovia

Corporation and Prudential Financial, Inc., each of which has an ownership interest of more than

10% in Wachovia Securities Financial Holdings, LLC.

Respectfully submitted,

Dated: March 10, 2008

Sandra D. Grannum, Esq. (SG 6748)
Davidson & Grannum, LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys for Defendants, A. G. Edwards &
Sons, Inc. Wachovia Securities, LLC and
Wachovia Corporation