NM

ERICSON J

**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC., and
Wachovia Corporation

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa D. Forbes,<br><br>        Plaintiff,<br><br>v.<br><br>A.G. Edwards & Sons, Inc.,<br>Wachovia Securities, LLC,<br>Wachovia Corporation, and<br>Douglas L. Pearl,<br><br>        Defendants. | JUDGE: Arthur J. Tarnow<br><br>Civil Action No. 1:08-CV-00552-TPG<br><br>STIPULATION REGARDING<br>A.G. EDWARDS & SONS, INC., WACHOVIA<br>SECURITIES, LLC, AND WACHOVIA<br>CORPORATION TIME TO ANSWER OR MOVE |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that Defendants A.G. Edwards & Sons, Inc., Wachovia Securities, LLC. and Wachovia Corporation time to answer, or move against, the Complaint in this matter has been extended. Defendant's response to the Complaint is now due on or before March 24, 2008.

Dated: March 4, 2008

_____
Mark F. Casazza, Esq. (MC9273)
Rudnick, Addonizio & Pappa
25 Village Court
Hazlet, NJ 07730
(732) 264-4400
(732) 888-2780
Attorneys for Plaintiff
Melissa D. Forbes

_____
Sandra D. Grannum, Esq. (SG 6748)
Davidson & Grannum, LLP
30 Ramland Road
Orangeburg, New York 10962
Attorneys for
Defendants, A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC and
Wachovia Corporation

So ordered.

_____
Thomas P. Griesa
3/13/08