**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road, Ste 201
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendants,
A. G. Edwards & Sons, Inc.,
Wachovia Securities, LLC, and
Wachovia Corporation

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

Melissa D. Forbes,

        Plaintiff,

v.

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L. Pearl,

        Defendants.
_____/

JUDGE: Thomas P. Griesa

Civil Action No. 1:08-CV-00552-TPG

NOTICE OF MOTION OF DEFENDANTS A. G. EDWARDS & SONS, INC., WACHOVIA SECURITIES, LLC, AND WACHOVIA CORPORATION, TO STAYING THE PRESENT ACTION AND COMPELLING ARBITRATION or, IN THE ALTERNATIVE, TO DISMISS THE PRESENT ACTION

PLEASE TAKE NOTICE, that the undersigned, attorneys for Defendants A.G. Edwards & Sons, Inc., Wachovia Securities, LLC, and Wachovia Corporation (hereinafter jointly referred to as "Edwards"), will move before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 on a date to be determined by the court, or as soon thereafter as the matter can be heard, for an Order seeking to Stay the Present Action and Compel Arbitration or, In the Alternative, to Dismiss the Present Action; and

1

PLEASE TAKE FURTHER NOTICE, that, in support of this motion, Third-Party Defendant Edwards will rely upon the accompanying Affidavit of Sandra D. Grannum and the Memorandum of Law In Support of Defendant A. G. Edwards & Sons, Inc.'s, Wachovia Securities, LLC's, and Wachovia Corporation's, Motion for an Order Staying the Present Action and Compeling Arbitration or, in the Alternative, to Dismiss the Present Action; and

PLEASE TAKE FURTHER NOTICE that Defendant Edwards requests oral argument if this motion is opposed.

By: _____
Sandra D. Grannum (SG 6748)
Davidson & Grannum LLP
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.,
Wachovia Securities, LLC, and
Wachovia Corporation

Dated: March 17, 2008