**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road, Ste 201
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendants,
A. G. Edwards & Sons, Inc.,
Wachovia Securities, LLC, and
Wachovia Corporation

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

Melissa D. Forbes,

                Plaintiff,                      **JUDGE: Thomas P. Griesa**

                                       **Civil Action No. 1:08-CV-00552-TPG**

v.

                                       AFFIDAVIT OF SERVICE

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L. Pearl,

                        Defendants.
_____/

        STATE OF NEW YORK      }
                                  } s.s
        COUNTY OF ROCKLAND   }

Maureen Vollers deposes and says, under penalty of perjury:

I am over 18 years and am not a party to this litigation. I reside in the County of Bergan, State of New Jersey.

On March 17, 2008, I filed a true copy of the Notice of Motion of Defendants A.G.Edwards & Sons, Inc., Wachovia Securities, LLC, and Wachovia Corporation, To Staying the Present Action and Compelling Arbitration or, In the Alternate, To Dismiss the Present Action, Memorandum of Law in Support of Defendants A.G. Edwards & Sons, Inc.'s Wachovia Securiteis, LLC's , Motion for an Order Staying the Present Action and

1

Compelling Arbitration or, in the Alternatieve, to Dismiss the Present Action, and Affidavit of Sandra D.

Grannum in Support of Defendants A.G. Edwards & Sons, Inc.'s, Wachovia Securities, LLC's, and Wachovia

Corporation's, Motion for and Order Staying the Present Action and Compellinig Arbirtration or, in the

Alternative, To Dismiss the Present Action.  by electronic case filing (ECF) system.


Dated:    March 17, 2008
          Orangeburg, New York

                                                                    _____
                                                                          Maureen Vollers


Sworn to before me this
14th day of March 2008

_____
Notary Public


                    PATRICIA LAIBLE
          Notary Public, State of New York
                    No. 01LA6090417
              Qualified in Rockland County
          Commission Expires September 29, 20 _11_