Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice)*
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Melissa D. Forbes,                                    JUDGE: Thomas P. Griesa

      Plaintiff,

v.                                                    Civic Action No. 1:08-CV-00552-TPG


A.G. Edwards & Sons, Inc., Wachovia Securities,       **NOTICE OF MOTION FOR**
LLC, Wachovia Corporation, and                        **PRO HAC VICE**
Douglas L Pearl,
      Defendants.
-----------------------------------------------------------------x


TO: Mark Casazza, Esq.
   Rudnick, Addonizio & Pappa
   25 Village Court
   Hazlett, NJ 07730
   Counsel for Plaintiff

   Sandra Grannum
   Davidson & Grannum LLP
   30 Ramland Road
   Suite 201
   Orangeburg, NY 10962
   Counsel for Defendants A.G. Edwards,
   Wachovia Securities, LLC, and Wachovia Corp.


**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Thomas P. Greisa at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States district courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kaufman Dolowich & Voluck LLP and a member in good standing of the

Bar of the State of New York and the District of Columbia, as attorney <u>pro</u> <u>hac</u> <u>vice</u> to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: March 28, 2008

Respectfully submitted,

*[signature]*

Janene Marasciullo
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
E-mail – jmarasciullo@kdvlaw.com
(516) 681-1100

ND: 4836-8470-6561, v. 1

Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice)*
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
Melissa D. Forbes,

                           Plaintiff,

v.

A.G. Edwards & Sons, Inc., Wachovia Securities,
LLC, Wachovia Corporation, and
Douglas L Pearl,

                        Defendants.
---------------------------------------------------------------x

**JUDGE: Thomas P. Griesa**

**Civic Action No. 1:08-CV-00552-TPG**

**<u>AFFIDAVIT OF JANENE
MARASCIULLO IN SUPPORT OF
MOTION FOR PRO HAC VICE</u>**

STATE OF NEW YORK   )
                                 ) ss:
COUNTY OF NASSAU     )

       JANENE MARASCIULLO, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Kaufman Dolowich & Voluck LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. I am a member in good standing of the Bars of the District of Columbia and State of New York. <u>See</u> Ex. 1 and 2. I am requesting new certificates of good standing and will submit them upon receipt.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore I respectfully request the Court to permit me to appear as counsel and advocate <u>pro hac vice</u> in this one case and I have submitted a draft Order granting this request. <u>See</u> Ex. 3

                                                                                          *[signature]*
                                                                                          Janene Marasciullo
                                                                                          Kaufman Dolowich & Voluck LLP
                                                                                          135 Crossways Park Drive, Suite 201
                                                                                          Woodbury, New York 11797
                                                                                          E-mail – jmarasciullo@kdvlaw.com
                                                                                          (516) 681-1100

Dated:   March 28, 2008

ND: 4822-2486-1442, v. 1

# Exhibit 1



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Janene Marie Marasciullo

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of May, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of October, 2007**.



Clerk

# Exhibit 2



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JANENE M. MARASCIULLO**

was on the 7TH day of DECEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 3, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Exhibit 3

Case 1:08-cv-00552-TPG   Document 15   Filed 04/09/2008   Page 9 of 11

Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice)*
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
Melissa D. Forbes,

                                                                             **JUDGE: Thomas P. Griesa**

                          Plaintiff,

v.                                                    **Civic Action No. 1:08-CV-00552-TPG**

A.G. Edwards & Sons, Inc., Wachovia Securities,
 LLC, Wachovia Corporation, and                  **ORDER**
Douglas L Pearl,

                          Defendants.
-----------------------------------------------------------------x

## **ORDER**

      The motion for admission to practice pro hac vice in the above captioned matter is granted.  The admitted attorney Janene Marasciullo is permitted to argue or try this particular case in whole or in part as counsel or advocate.

      An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

      The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

                                                        _____
                                                        United States District Judge

cc:    Pro Hac Vice Attorney
        Court File                                                      ND: 4817-0450-5602, v. 1

STATE OF NEW YORK       }
                        }SS:
COUNTY OF NASSAU        }

Nicole Chan, being duly sworn, deposes and says:

That Deponent is not a party to this action, is over 18 years of age and resides in Flushing, New York.

That on the 28th day of March 2008, Deponent served a copy of a **Notice of Motion** upon:

Mark Casazza, Esq.
Rudnick, Addonizio &
Pappa 25 Village Court
Hazlett, NJ 07730

Sandra Grannum
Davidson & Grannum LLP
30 Ramland Road
Suite 201
Orangeburg, NY 10962

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Nicole Chan

Sworn to before me this
28th day of March, 2008.

_____
Notary Public

TODD D. KREMIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KR6147052
Qualified in Nassau County
My Commission Expires May 30, 2010

Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
Attorneys for Defendant Douglas L. Pearl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
Melissa D. Forbes,

                Plaintiff,

      -against-

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L Pearl,

                Defendants.
---------------------------------x

**JUDGE: Thomas P. Griesa**

**Civic Action No. 1:08-CV-00552-TPG**

**AFFIDAVIT OF JEFFERY MEYER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                     ) ss:
County of Nassau  )

Jeffery Meyer, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at the law firm Kaufman Dolowich & Voluck LLP, counsel for Defendant Douglas L. Pearl in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Janene M. Marasciullo as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law January 26, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Janene M. Marasciullo since May, 2007.
4. Ms. Marasciullo is a partner at the law firm Kaufman Dolowich & Voluck LLP, in Woodbury, New York.

5. I have found Ms. Marasciullo to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Janene M. Marasciullo, pro hac vice.

WHEREFORE it is respectfully requested that the motion to admit Janene M. Marasciullo, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 28, 2008
      Woodbury, NY 11797

Sworn to before me this
28 day of March, 2008

_____
Notary Public

TODD D. KREMIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KR6147052
Qualified In Nassau County
My Commission Expires May 30, 2010

Respectfully submitted,

_____
Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

ND: 4834-1329-0754, v. 1

STATE OF NEW YORK    }
                     }SS:
COUNTY OF NASSAU     }

Nicole Chan, being duly sworn, deposes and says:

That Deponent is not a party to this action, is over 18 years of age and resides in Flushing, New York.

That on the 28th day of March 2008, Deponent served a copy of an **AFFIDAVIT OF JEFFERY MEYER IN SUPPORTOF MOTION TO ADMIT COUNSEL PRO HAC VICE** upon:

Mark Casazza, Esq.
Rudnick, Addonizio &
Pappa 25 Village Court
Hazlett, NJ 07730

Sandra Grannum
Davidson & Grannum LLP
30 Ramland Road
Suite 201
Orangeburg, NY 10962

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Nicole Chan

Sworn to before me this
28th day of March, 2008.

_____
Notary Public

TODD D. KREMIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KR6147052
Qualified In Nassau County
My Commission Expires May 30, 2010