Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice*)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Melissa D. Forbes,

                         Plaintiff,

v.

A.G. Edwards & Sons, Inc., Wachovia Securities,
LLC, Wachovia Corporation, and
Douglas L Pearl,

                         Defendants.
-----------------------------------------------------------x

JUDGE: Thomas P. Griesa

Civic Action No. 1:08-CV-00552-TPG

ORDER

## ORDER

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Janene Marasciullo is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 4/16/08

                                                          *Thomas P. Griesa*
                                                         United States District Judge

cc:    Pro Hac Vice Attorney
          Court File

ND 4817-0450-5602, v 1