Case 1:08-cv-00552-TPG    Document 14    Filed 03/27/2008    Page 1 of 3

Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. (*Pro Hac Vice*)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Melissa D. Forbes,

         Plaintiff,

v.

A.G. Edwards & Sons, Inc.,
Wachovia Securities, LLC,
Wachovia Corporation, and
Douglas L Pearl,

         Defendants.
------------------------------------------------------x

JUDGE: Thomas P. Griesa

Civic Action No. 1:08-CV-00552-TPG

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Douglas L. Pearl, by and through his counsel, Kaufman Dolowich & Voluck LLP, respectfully requests an enlargement of time of thirty (30) days, to and including April 25, 2008, in which to respond to plaintiff's complaint in the above-captioned matter. Mark Casazza, Esq., counsel for plaintiff, and Sandra Grannum, Esq., counsel for A.G. Edwards, Wachovia Securities, LLC, and Wachovia Corporation, ("the Corporate Defendants") have stated that they do not oppose this request for an enlargement of time.

  This is Mr. Pearl's third request for an enlargement of time. Mr. Pearl's answer was originally due on March 3, 2008. Mr. Pearl previously sought and obtained two

*Granted,*
*Thomas P. Griesa*
*USDJ 4/16/08*

extensions of time of fourteen (14) days in which to respond to the complaint. Plaintiff's counsel stipulated to these requests for enlargement of time.

There is good cause for Mr. Pearl's request for an enlargement of time. We were retained as counsel for Mr. Pearl on Monday March 24, 2008. Accordingly, we need time to confer with our client and to review and analyze the Corporate Defendants' motion to compel arbitration before responding to the complaint.

Furthermore, granting this enlargement of time will not prejudice any party nor delay the resolution of this case. Indeed, the Corporate Defendants have moved to compel arbitration in accordance with the parties' arbitration agreements and the Federal Arbitration Act, and have sought a stay of this action pending resolution of their request to compel arbitration. See Docket ## 11, 12. Thus, granting this motion will conserve the limited resources of the parties without interfering with the timely resolution of this case.

## CONCLUSION

For the foregoing reasons, Mr. Pearl respectfully requests an additional thirty (30) days, to and including, April 25, 2008, in which to respond to the complaint.

Respectfully Submitted,

/s/ Jeffrey Meyer
Jeffrey Meyer, Esq. (JM-4468)
Janene M. Marasciullo, Esq. ( *Pro Hac Vice*)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
E-mail: jmeyers@kdvlaw.com
E-mail: jmarasciullo@kdvlaw.com
(516) 681-1100
Attorney for Defendant Douglas L. Pearl

2

## CERTIIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2008, a true and correct copy of DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically with the Court using the CM/ECF system, which sent electronic notification to the following parties:

Mark Casazza, Esq.
Rudnick, Addonizio & Pappa
25 Village Court
Hazlett, NJ 07730
Counsel for Plaintiff

Sandra Grannum
Davidson & Grannum LLP
30 Ramland Road
Suite 201
Orangeburg, NY 10962
Counsel for Defendants A.G. Edwards, Wachovia Securities, LLC, and Wachovia Corp.

ND· 4827-7778-8162, v 1