Janene M. Marasciullo, Esq. (*Pro Hac Vice*)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
Melissa D. Forbes,

                                            Plaintiff,        **JUDGE: Thomas P. Griesa**

v.

A.G. Edwards & Sons, Inc., Wachovia Securities,      **Civic Action No. 1:08-CV-00552-TPG**
LLC, Wachovia Corporation, and
Douglas L Pearl,                                    **NOTICE OF MOTION**

                                         Defendants.
-------------------------------------------------------------------x

    PLEASE TAKE NOTICE, that defendant Douglas Pearl (hereinafter referred to as "Pearl"), will move before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date to be determined by the court, for an Order seeking to Compel Arbitration to Stay the Present Action or, In the Alternative, to Dismiss and;

    PLEASE TAKE FURTHER NOTICE, that, in support of this motion, Mr. Pearl will rely upon the accompanying Affidavit of Janene M. Marasciullo and the Memorandum of Law In Support of Defendant Douglas L. Pearl's Motion for an Order Staying the Present Action and Compelling Arbitration or, in the Alternative, to Dismiss and;

PLEASE TAKE FURUTHER NOTICE that Defendant Pearl requests oral argument if this motion is opposed.

By: /s/ Janene M. Marasciullo
Janene M. Marasciullo, Esq. (Pro *Hac Vice*)
Jeffery A. Meyer (JM 4468)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

Dated: April 23, 2008

ND: 4844-5027-1490, v. 1