**DAVIDSON & GRANNUM, LLP**
Sandra D. Grannum (SG 6748)
30 Ramland Road
Orangeburg, New York 10962
Tel: (845) 365-9100
Fax: (845) 365-9190
Attorneys for Defendant,
A. G. Edwards & Sons, Inc.
Wachovia Securities, LLC., and
Wachovia Corporation

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Melissa D. Forbes,<br>    Plaintiff,<br><br>v.<br><br>A.G. Edwards & Sons, Inc.,<br>Wachovia Securities, LLC,<br>Wachovia Corporation, and<br>Douglas L. Pearl,<br>    Defendants. | JUDGE: Arthur J. Tarnow<br><br>Civil Action No. 1:08-CV-00552-TPG<br><br>**A.G. EDWARDS & SONS, INC., WACHOVIA SECURITIES, LLC AND WACHOVIA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendants A.G. Edwards & Sons, Inc., Wachovia Securities, LLC, and Wachovia Corporation certify that:

  On January 1, 2008 A.G. Edwards & Sons, Inc. converted from a Delaware Corporation to a Delaware Limited Liability Company named A.G. Edwards & Sons, LLC, which is a successor to A.G. Edwards & Sons, Inc. A.G. Edwards & Sons, LLC is a wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC. Wachovia Securities, LLC is also a wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC.

Wachovia Securities Financial Holdings, LLC is a joint venture owned by two companies, Wachovia Securities Holdings, LLC and Prudential Securities Group, each of which has an ownership interest of more than 10% in Wachovia Securities Financial Holdings, LLC.  Wachovia Securities Holdings, LLC is a wholly owned subsidiary of Everen Capital Corporation which is a wholly owned subsidiary of Wachovia Corporation.  Prudential Securities Group is a wholly owned company of Prudential Capital and Investment Services, Inc., which is a wholly owned company of Pruco, Inc. which is a wholly owned company of Prudential Financial, Inc.

Dated: May 9, 2008

Respectfully submitted,

Sandra D. Grannum, Esq. (SG 6748)
Davidson & Grannum, LLP
30 Ramland Road, Suite 201
Orangeburg, New York 10962
Attorneys for Defendants, A. G. Edwards & Sons, Inc. Wachovia Securities, LLC and Wachovia Corporation