Janene M. Marasciullo, Esq. (JMM-0007)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant Douglas L. Pearl*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Melissa D. Forbes,

                                 Plaintiff,

       v.

A.G. Edwards & Sons, Inc., Wachovia Securities, LLC,
Wachovia Corporation, and Douglas L. Pearl,

                               Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No. 08-CV-00552 (TPG)

    PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel to Defendant, DOUGLAS L. PEARL, in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
         June 30, 2008

                      KAUFMAN DOLOWICH & VOLUCK LLP
                      Attorneys for Defendant
                      DOUGLAS L. PEARL

                      /s/ Janene M. Marasciullo
                      JANENE M. MARASCIULLO, ESQ. (JMM-0007)
                      135 Crossways Park Drive, Suite 201
                      Woodbury, NY 11797
                      (516) 681-1100
                      jmarasciullo@kdvlaw.com

TO:    Mark F. Casazza, Esq.
Rudnick, Addonizio & Pappa
25 Village Court
Hazlet, NJ 07730
Counsel for Plaintiff

Sandra D. Grannum, Esq.
Davidson & Grannum LLP
30 Ramland Road
Suite 201
Orangeburg, NY 10962
Counsel for Defendants A.G. Edwards,
Wachovia Securities LLC and Wachovia Corp.

ND: 4828-6287-2834, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Melissa D. Forbes,

                                      Plaintiff,

                           v.

A.G. Edwards & Sons, Inc., Wachovia Securities, LLC,
Wachovia Corporation, and Douglas L. Pearl,

                                  Defendants.
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No. 08-CV-00552
(TPG)

STATE OF NEW YORK    }
                             } ss:
COUNTY OF NASSAU    }

      Roseann Kennedy, being duly sworn, deposes and says.

      That Deponent is not a party to this action, is over 18 years of age and resides at Elmont, New York.

      That on the 30th day of June, 2008, Deponent served a Notice of Appearance upon:

Mark F. Casazza, Esq.
Rudnick, Addonizio & Pappa
25 Village Court
Hazlet, NJ 07730
Counsel for Plaintiff

Sandra D. Grannum, Esq.
Davidson & Grannum LLP
30 Ramland Road
Suite 201
Orangeburg, NY 10962
Counsel for Defendants A.G. Edwards,
Wachovia Securities LLC and Wachovia Corp.

by filing a copy electronically with the court using the CM/ECF system, which sent notification to the parties above and depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                _Roseann Kennedy_
                                                                 Roseann Kennedy

Sworn to before me this
30th day of June, 2008

_____
Notary Public

CARA A. O'SULLIVAN
Notary Public, State of New York
No. 02OS6056965
Qualified in Nassau County
Commission Expires April 9, 20__