**MEMO ENDORSED**



# Davidson & Grannum, LLP
*Attorneys at Law*

30 Ramland Road, Suite 201
Orangeburg, New York 10962
Telephone: (845) 365-9100
Facsimile: (845) 365-9190
www.davidsongrannum.com

Direct: (845) 667-5160
E-mail: sgrannum@davidsongrannum.com
Admitted in New York, New Jersey

September 2, 2008

**VIA FACSIMILE AND FIRST CLASS MAIL**
Honorable Thomas P. Griesa
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

Re: Forbes v. A.G. Edwards & Sons, Inc., et al
Civil Action No. 08-CV-00552

Dear Judge Griesa:

    On or about August 25, 2008, Plaintiff Melinda Forbes filed a letter brief in opposition to Defendant A. G. Edwards & Sons, Inc.'s ("A. G. Edwards") Motion for an Order Staying the Present Action and Compelling Arbitration or, in the Alternative, to Dismiss the Present Action. The Clerk of the Court refused to accept the letter brief for filing, and directed Plaintiff to submit a formal brief. A. G. Edwards understands that the Plaintiff served Chambers with a courtesy copy of that letter brief. We have been advised by Plaintiff's counsel that he will file a formal brief with the Court today.

    Unless the Court directs otherwise, A. G. Edwards will file its reply five business days from the date of filing of Plaintiff's formal brief in accordance with the Local Rules of this Court.

Sincerely,

Sandra D. Grannum

SDG/yc

*Approved,*
*Thomas P. Griesa*
*USDJ*
*9/3/08*

New Jersey
(201) 802-9000